IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN      DIVISION

RECEIVED

2018 DEC 11   AM 11: 57

CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

George Melvin Cannon

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Robert A. McDonald

See Attached

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. $18$-cv-$00971$- $GAF$

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes ☐ No

## Attached List of Defendants:

General Counsel, St. Louis, Missouri
Veterans Affairs Regional

General Counsel, Oakland, Ca.
Veterans Affairs Regional

General Counsel, Veterans Affairs
Doug Bradshaw

Associate Director, Veterans Affairs
Anthony Hawkins

(Former)Assistant Attorney General
Frank W. Hunger

(Former)The Attorney General
Eric Holder

(Former)Assistant Attorney General
Stuart F. Delery

Director, Torts, Civil Division
Jeffery Axelrad

Special Agent in charge,
FBI Eric K. Jackson

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Melvin Cannon |
| Street Address | 13116 Park Hills Dr. |
| City and County | Grandview |
| State and Zip Code | Missouri, 64030 |
| Telephone Number | 816-803-3981 |
| E-mail Address | gmelcannon@gmail.com |

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Robert A, McDonald |
| Job or Title (if known) | Secretary of Veterans Affairs |
| Street Address | 810 Vermont Avenue ,N.W |
| City and County | Washington, D. C. |
| State and Zip Code | 20420 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Veterans Affairs Regional Office |
| Job or Title (if known) | General Counsel |
| Street Address | 9700 Page Avenue |
| City and County | St. Louis |

2

|                     |                      |
|---------------------|----------------------|
| State and Zip Code  | Missouri, 63132      |
| Telephone Number    |                      |
| E-mail Address (if known) |                |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[X] Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

38 U.S.C.§1153, Fifth Amendment, Fourth Amendment and

Fourteenth Amendment

[X] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
Department of Veterans Affairs, Washington, D. C.

Veterans Regional Office, St. louis, Mo.

Veterans Regional Office, Oakland, CA

Department of Justice, Washington, D.C.

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A.    The Plaintiff(s)

The plaintiff, *(name)* George Melvin Cannon _____, is a citizen of the State of *(name)* Missouri _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B.   The Defendant(s)

    1.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    2.   If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

C.   The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the
defendant(s) owes or the amount at stake----is more than $75,000, not
counting interest and costs of court, because *(explain)*:

$15,000,000, this amount was requested on form 95, sent to plaintiff by Frank

Hunger, The Assistant Attorney General, thru (Former)Congress lady, Karen

McCarthy, of Missouri

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal
arguments. You must include the following information:   (See Attached)

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

# Statement of Claim Attachment

**Q-1.** What Happen:

A-1. Was diagnosed with a chronic degenerative disease called Osteoarthritis

A-2. The history of this diagnosed condition was withheld from every medical official and every legal review from 1988 to present date. (Stage 4 of disease, willfully minimized.)

A-3. Traveled to D.C. with Stage-4 Disease, Requested Deputy Attorney General, Rod Rosenstein's consideration of Medical Hardship Review under ADA.

**Q-2.** What injuries:

A-1. Normal Life- 30 years pain and suffering at, stage -4 of disease **(Condition has no-cure)**

A-2. Career soldier opportunity, taken by disease

A-3. Career as Disabled Veteran Representative, taken by disease

A-4. Lost two wives, homes and all material possessions

**Q-3**. Who was involved:

A-1. Department of Veterans Affairs

A-2. Department of Defense

A-3. Department of Justice

**Q-4.** How were defendant involved:

A-1. Unanimous decision to maximize power structures of customs, policies and privilege

A-2. Unanimous decision that race should determine which honorable disabled veterans receive equal rights in America, while receiving bonuses for minimizing entitlements

A-3. Unanimous decision to retaliation for complaining to my congressional representatives in both houses

**Q-5.** Where did this take place:

A-1. Missouri (Kansas City, St. Louis), California (Oakland), Maryland (Ft. Meade) and Washington, D. C.

**Q-6.** When did this all take place:

A-1. From 1986 to present date.

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Deframation: False Statements sent to Congressional

Representatives, The Judge Advocate General and three

Inspector General Offices, for years. Labeled Unworthy

Respectfully request "Good Cause" priority

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☑        No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑        No ☐

Do you claim punitive monetary damages?

Yes ☑        No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Plaintiff strongly believes 2.5 million, reasonable
damages for Stage 4 Osteoarthritis suffering from 1988 to
present date. Plaintiff also believes 2.5 million for
punitive damages under abuse of power by government.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: _12 - 11_ , 20_18_

Signature of Plaintiff

Printed Name of Plaintiff