IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GEORGE MELVIN CANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-00971-CV-W-GAF |
| | ) |
| ROBERT A. MCDONALD, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED that the Court lacks subject-matter jurisdiction to hear Plaintiff's claims. Further, all of Plaintiff's pleadings are factually deficient. For these reasons and the reasons stated above, Defendants' Motion to Dismiss is GRANTED.[1] and Plaintiff's Motions to Amend are DENIED.

Dated: October 1, 2019        PAIGE WYMORE-WYNN
                              Clerk of Court

Entered: October 1, 2019       /s/ Lisa Mitchell
                              (By) Deputy Clerk

---

[1] On August 12, 2019, Plaintiff filed a Motion for Default Judgment. On September 13, 2019, Plaintiff filed a Motion for Reversal. These motions are DENIED as moot.